1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL JOHN REIF,                          No.  2:24-cv-01346-DC-CSK (PS)

12                    Plaintiff,

13         v.                                     ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND DISMISSING
14    RYAN GRAY, et al.,                          THIS ACTION

15                    Defendants.                 (Doc. Nos. 2, 4)

16

17         Plaintiff Daniel John Reif is proceeding *pro se* in this civil rights action brought pursuant

18    to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28

19    U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On April 2, 2025, the assigned magistrate judge issued findings and recommendations

21    recommending this action be dismissed because it is duplicative of *John-Reif v. Gray et al*, 2:24-

22    cv-00968-KJM-JDP, a prior civil rights action filed by Plaintiff asserting the same claims against

23    the same Defendants, that remains pending in this court. (Doc. No. 4.) Indeed, as the magistrate

24    judge noted, the complaint in both actions is identical. (*Id.* at 5.) In light of the recommendation

25    that this action be dismissed as duplicative, the magistrate judge also recommends Plaintiff's

26    pending motion to proceed *in forma pauperis* in this action (Doc. No. 2) be denied. The pending

27    findings and recommendations were served on Plaintiff and contained notice that any objections

28    thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, no objections

                                                   1

1   have been filed and the time in which to do so has passed.

2          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

3   *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings

4   and recommendations to be supported by the record and by proper analysis.

5          Accordingly,

6   1.     The findings and recommendations issued on April 2, 2025 (Doc. No. 4) are

7          ADOPTED in full;

8   2.     Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;

9   3.     This action is DISMISSED because it is duplicative of *John-Reif v. Gray et al*,

10         2:24-cv-00968-KJM-JDP, a prior action filed by Plaintiff that remains pending in

11         this court; and

12   4.     The Clerk of the Court is directed to close this case.

13

14

15         IT IS SO ORDERED.

16   Dated:   **April 22, 2025**

17                                                   Dena Coggins
                                                     United States District Judge

18

19

20

21

22

23

24

25

26

27

28